**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Edward W. Nottingham**

Civil Action No. 96-cv-02368-EWN-OES

SIERRA CLUB,

        Plaintiff,

v.

TRI-STATE GENERATION AND
TRANSMISSION ASSOCIATION, INC.,
PUBLIC SERVICE COMPANY OF
COLORADO, INC., SALT RIVER PROJECT
AGRICULTURAL IMPROVEMENT AND
POWER DISTRICT, PACIFICORP, AND
PLATTE RIVER POWER AUTHORITY

        Defendants.

---

**ORDER TERMINATING CONSENT DECREE**

---

THIS MATTER is before the Court pursuant to the parties' Joint Petition For

Termination of Consent Decree.  The Court ORDERS:

The Consent Decree entered by the Court on March 19, 2001 is terminated.  This

termination will not affect any matter expressly set forth in the Consent Decree that is to survive

termination as an agreement between Plaintiff and Defendants.  Within 30 days of the filing of

the joint petition, Defendants shall satisfy any obligation under paragraph 74 of the Consent

Decree by performance of the agreement referenced at paragraph 8 of the joint petition.

1

2

DONE and ORDERED this 12th day of December, 2006 at Denver, Colorado.


BY THE COURT:

s/ Edward W. Nottingham
United States District Judge